# EXHIBIT A

JS 44   (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
MARTELL GAMBLE

**DEFENDANTS**
TOYOTA MOTOR NORTH AMERICA, INC.

**(b)** County of Residence of First Listed Plaintiff     Collin
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:     IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se Plaintiff Martell Gamble, 2828 Saltwood Ct., Celina, Texas 75009; (937) 697-4070

Attorneys *(If Known)*
Alan J. Marcuis, Lukas Moffett, Seyfarth Shaw LLP, 2323 Ross Ave., #1660, Dallas, Texas 75201; (469) 608-6700

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1  U.S. Government Plaintiff
- ❏ 2  U.S. Government Defendant
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ❏ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                                                *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ Pharmaceutical | | | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | Personal Injury | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | Product Liability | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 340 Marine | ❏ 368 Asbestos Personal Injury Product | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 345 Marine Product Liability | Liability | | ❏ 835 Patent - Abbreviated New Drug Application | ❏ 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 371 Truth in Lending | ❏ 720 Labor/Management Relations | ❏ 861 HIA (1395ff) | ❏ 485 Telephone Consumer Protection Act |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 380 Other Personal Property Damage | ❏ 740 Railway Labor Act | ❏ 862 Black Lung (923) | ❏ 490 Cable/Sat TV |
| ❏ 195 Contract Product Liability | ❏ 362 Personal Injury - Medical Malpractice | ❏ 385 Property Damage Product Liability | ❏ 751 Family and Medical Leave Act | ❏ 863 DIWC/DIWW (405(g)) ❏ 864 SSID Title XVI | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 196 Franchise | | | | ❏ 865 RSI (405(g)) | ❏ 890 Other Statutory Actions |
| | | | | | ❏ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ❏ 893 Environmental Matters |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | ❏ 791 Employee Retirement Income Security Act | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 895 Freedom of Information Act |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | | |
| ❏ 230 Rent Lease & Ejectment | ☒ 442 Employment | ❏ 510 Motions to Vacate Sentence | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 896 Arbitration |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | | | |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** | **IMMIGRATION** | | ❏ 950 Constitutionality of State Statutes |
| | ❏ 448 Education | ❏ 540 Mandamus & Other | ❏ 462 Naturalization Application | | |
| | | ❏ 550 Civil Rights | ❏ 465 Other Immigration Actions | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ❏ 1  Original Proceeding
- ☒ 2  Removed from State Court
- ❏ 3  Remanded from Appellate Court
- ❏ 4  Reinstated or Reopened
- ❏ 5  Transferred from Another District *(specify)*
- ❏ 6  Multidistrict Litigation - Transfer
- ❏ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et. seq.; Family and Medical Leave Act, 29 U.S.C. §§ 2601 et. seq.
Brief description of cause:
Plaintiff alleges discrimination and retaliation under Title VII and the Texas Labor Code, and FMLA interference and retaliation

## VII. REQUESTED IN COMPLAINT:
❏ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**     ☒ Yes     ❏ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____     DOCKET NUMBER _____

DATE
06/02/2026

SIGNATURE OF ATTORNEY OF RECORD
/s/ Alan Marcuis

**FOR OFFICE USE ONLY**

RECEIPT # _____     AMOUNT _____     APPLYING IFP _____     JUDGE _____     MAG. JUDGE _____

# EXHIBIT B

### LIST OF PARTIES AND CASE STATUS

Pursuant to Local Rule CV-81(c)(1), the following is a list of all parties in this case, their party type, and the current status of the removed case:

**Parties**: *Pro se* Plaintiff, Martell Gamble; Defendant Toyota Motor North America, Inc.

**Case Status**: The removed case, titled *Martell Gamble v. Toyota Motor North America, Inc.*, Cause No. 471-03274-2026, is currently pending in the 471st Judicial District Court, Collin County, Texas.

# EXHIBIT C

# COLLIN ★ COUNTY

## JUDICIAL ONLINE SEARCH

← Back to Results

## Case History

| | |
|---|---|
| **Case Number** | 471-03274-2026 |
| **Type** | Other Contract |
| **Style** | Martell Gamble vs. Toyota Motor North America, Inc. |

| | |
|---|---|
| **Judicial Officer** | Gantt, Bryan in 471st District Court |
| **File Date** | 5/12/2026 |
| **Status** | Pending |

## Parties

| Type | Name | Year of Birth | Attorney (Bar #) | Address |
|---|---|---|---|---|
| Plaintiff | Gamble, Martell | | Pro Se | 2828 Saltwood Ct, Celina, TX 75009 |
| Defendant | Toyota Motor North America, Inc. | | Pro Se | Registered Agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201-3136 |

## Case Events

| Date | Time | Event | Cancelled Reason | Judge | Comments |
|---|---|---|---|---|---|
| 5/12/2026 | | Plaintiff's Original Petition (OCA) $350.00 | | | Plaintiff's Original Petition |
| 5/12/2026 | | Case Information Sheet | | | Civil Case Information Sheet |

| Date | Time | Event | Cancelled Reason | Judge | Comments |
|------|------|-------|------------------|-------|----------|
| 5/12/2026 | | Request for Citation $8.00 | | | |
| 5/13/2026 | | Citation | | | |
| 5/14/2026 | | Service Return | | | Toyota Motor North America, Inc. - Citation - Served |
| 5/15/2026 | | Letter | | | Plaintiff's Jury Demand and Request for Jury Trial |
| 5/15/2026 | | Jury Trial Requested $10.00 | | | |

# Financial Summary

| Party Type | Charges | Payments | Balance |
|------------|---------|----------|---------|
| Plaintiff | $368.00 | $368.00 | $0.00 |

## PROCESS SERVER DELIVERY DETAILS

**Date:**                       Thu, May 14, 2026

**Server Name:**       Mauricio Segovia

| | |
|---|---|
| Entity Served | TOYOTA MOTOR NORTH AMERICA, INC. |
| Case Number | 471-03274-2026 |
| Jurisdiction | TX |

| Inserts | | |
|---|---|---|
| | | |



Electronically Served
3/13/2026 8:59 AM

THE STATE OF TEXAS
CIVIL CITATION
CASE NO.471-03274-2026

Martell Gamble vs. Toyota Motor North America, Inc.

In the 471st District Court

Of Collin County, Texas

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."

TO: Toyota Motor North America, Inc.
Registered agent C T Corporation System
1999 Bryan Street Suite 900  Dallas TX  75201, Defendant

GREETINGS: You are commanded to appear by filing a written answer to **Plaintiff's Original Petition** at or before ten o'clock A.M. on the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 471st District Court of Collin County, Texas at the Courthouse of said County in McKinney, Texas.

Said Plaintiff's Petition was filed in said court, by Martell Gamble  2828 Saltwood Ct  Celina TX 75009 (Attorney for Plaintiff or Plaintiffs), on the 12th day of May, 2026 in this case, numbered 471-03274-2026 on the docket of said court.

The natures of Plaintiff's demand is fully shown by a true and correct copy of **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

Issued and given under my hand and seal of said Court at McKinney, Texas, on this the 13th day of May, 2026.

ATTEST: Michael Gould, District Clerk
Collin County, Texas
Collin County Courthouse
2100 Bloomdale Road
McKinney, Texas 75071
972-548-4320, Metro 972-424-1460 ext. 4320

By: _____, Deputy
Darcey Bursik

**The law prohibits the Judge and the clerks from giving legal advice. Any questions you have should be directed to an attorney.**

Mauricio Segovia
TG01000 Expires 8/31/2024
2026/05/14 09:04:49

Electronically Served
3/13/2020 8:59 AM

SHERIFF'S RETURN

Came to hand on the _____ day of _____, 20_____, at _____o'clock _____M., and executed

in _____ County, Texas, by delivering to the within named Respondent/Defendant, to-wit:


_____ at _____o'clock___M., on the _____ day of _____, 20_____,

_____ at _____o'clock___M., on the _____ day of _____, 20_____,

_____ at _____o'clock___M., on the _____ day of _____, 20_____,

each, in person, a true copy of this instrument with a true and correct copy of the document attached thereto having first endorsed on such copy of said instrument the date of delivery.

( ) Not executed.  The diligence used in finding defendant being _____

_____

( ) Information received as to the whereabouts of defendant being _____

_____

Total Fees ……………$_____


_____ Sheriff/Constable/District Clerk

_____County, Texas

By _____, Deputy

**Service by Rule 106 TRC if directed by attached Court Order



VERIFICATION OF RETURN (IF NOT SERVED BY PEACE OFFICER)

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public, this _____ day of

_____, 20_____.

Filed: 5/12/2026 2:02 PM
Michael Gould
District Clerk
Collin County, Texas
By Darcey Bursik Deputy
Envelope ID: 114791168

CAUSE NO. 471-03274-2026
_____

| | | |
|---|---|---|
| **MARTELL GAMBLE** | § | **IN THE** _____ |
| **PLAINTIFF** | § | |
| | § | |
| **VS** | § | **DISTRICT COURT** |
| | § | |
| **TOYOTA MOTOR NORTH** | § | **OF COLLIN COUNTY, TEXAS** |
| **AMERICA, INC.** | | |
| **DEFENDANT** | | |

---

## PLAINTIFF'S ORIGINAL PETITION

---

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Martell Gamble ("Plaintiff"), appearing pro se, files this Original Petition against Defendant Toyota Motor North America, Inc. ("Toyota" or "Defendant"), and respectfully shows the Court as follows:

### I. DISCOVERY CONTROL PLAN

1. Pursuant to Rule 190 of the Texas Rules of Civil Procedure, Plaintiff intends that discovery be conducted under Level 2.

### II. JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over this civil action because the amount in controversy is within the jurisdictional limits of this Court.

3. This Court has personal jurisdiction over Defendant because Defendant conducts business in the State of Texas and employed Plaintiff in Collin County, Texas.

4. Venue is proper in Collin County, Texas because all or a substantial part of the events giving rise to this action occurred in Collin County, Texas, and Defendant maintained Plaintiff's place of employment in Collin County, Texas.

## III. PARTIES

5. Plaintiff **Martell Gamble** is an individual formerly employed by Defendant in Collin County, Texas.

6. Defendant **Toyota Motor North America, Inc.** is a foreign corporation doing business in Texas and may be served through its registered agent, C T Corporation System, at 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

## IV. CONDITIONS PRECEDENT

7. Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission and Texas Workforce Commission Civil Rights Division on or about March 1, 2024, regarding the discriminatory and retaliatory conduct described herein. A true and correct copy of the redacted Charge of Discrimination is attached hereto as **Exhibit A**.

8. The Equal Employment Opportunity Commission issued Plaintiff a Notice of Right to Sue, which Plaintiff received on or about February 23, 2026. A true and correct copy of the redated Notice of Right to Sue is attached hereto as **Exhibit B**.

9. All conditions precedent to Plaintiff's claims have been satisfied, performed, or have otherwise occurred, including Plaintiff's administrative filing and receipt of the Notice of Right to Sue. Supporting documents are attached hereto as **Exhibits A and B**.

## V. FACTUAL BACKGROUND

10. Plaintiff began employment with Defendant in approximately **September 2011**.

11. Plaintiff served Defendant diligently in both California and Texas throughout his employment.

12. Plaintiff worked in a Consultant and Manager capacity.

13. Throughout his employment, Plaintiff consistently performed successfully, received raises, and reasonably expected continued career advancement with Defendant.

14. Plaintiff's career trajectory changed in early 2023 when a peer employee, **Libbi Cook**, became Plaintiff's manager.

15. Plaintiff was the **sole African American male employee reporting to Ms. Cook**.

16. In approximately **January 2023**, Plaintiff explicitly complained to Human Resources regarding **race discrimination** and expressed explicit concern regarding **retaliation**.

17. After Plaintiff's complaint to Human Resources, Ms. Cook expressed disappointment that Plaintiff had gone to Human Resources.

18. Following Plaintiff's complaint, Plaintiff alleges differential treatment continued and intensified.

19. In approximately **May 2023**, Plaintiff's wife underwent a medical procedure.

20. Plaintiff requested approved time away from work in connection with his wife's medical procedure.

21. Plaintiff alleges this request provided sufficient notice that leave protections under the Family and Medical Leave Act were implicated.

22. Plaintiff alleges he was not directed to Human Resources or informed regarding FMLA protections.

23. Instead, Plaintiff was instructed to attend a business meeting before going to the hospital with his wife.

24. On or about **June 21, 2023**, Plaintiff's requested PTO was denied.

25. Plaintiff alleges Defendant continued to subject him to scrutiny and differential treatment.

26. Plaintiff alleges performance concerns were raised despite Plaintiff's successful employment history.

27. Plaintiff alleges no meaningful or objective performance basis was identified to support those concerns.

28. In early **2024**, Plaintiff again complained regarding race discrimination and retaliation.

29. On or about **June 10, 2024**, Defendant placed Plaintiff on a **Performance Improvement Plan ("PIP")**.

30. Plaintiff alleges the PIP was imposed without specific objective performance deficiencies being identified.

31. On or about **September 11, 2024**, Defendant terminated Plaintiff's employment.

32. Plaintiff alleges Defendant's conduct, including differential treatment, adverse employment actions, and termination, was motivated by unlawful discrimination and retaliation.

## VI. TITLE VII – RACE DISCRIMINATION

33. Plaintiff incorporates all preceding paragraphs.
34. Plaintiff is a member of a protected class.
35. Plaintiff was qualified for his position and had a long history of successful employment with Defendant.
36. Defendant subjected Plaintiff to adverse employment actions, including differential treatment, denial of PTO, performance discipline, placement on a PIP, and termination.
37. Defendant discriminated against Plaintiff because of race in violation of Title VII of the Civil Rights Act of 1964.

## VII. TITLE VII – RETALIATION

38. Plaintiff incorporates all preceding paragraphs.

39. Plaintiff engaged in protected activity by explicitly complaining to Human Resources regarding race discrimination and retaliation.

40. After Plaintiff engaged in protected activity, Defendant subjected Plaintiff to adverse employment actions.

41. Defendant's actions, including continued differential treatment, denial of PTO, PIP placement, and termination, were retaliatory and in violation of Title VII.

## VIII. TEXAS LABOR CODE CHAPTER 21 – RACE DISCRIMINATION

42. Plaintiff incorporates all preceding paragraphs.

43. Defendant discriminated against Plaintiff because of race in violation of **Texas Labor Code Chapter 21**.

## IX. TEXAS LABOR CODE CHAPTER 21 – RETALIATION

44. Plaintiff incorporates all preceding paragraphs.
45. Plaintiff engaged in protected activity by opposing race discrimination.
46. Defendant retaliated against Plaintiff in violation of Texas Labor Code Chapter 21.

## X. FAMILY AND MEDICAL LEAVE ACT

47. Plaintiff incorporates all preceding paragraphs.
48. Plaintiff requested leave related to his wife's medical procedure.
49. Plaintiff alleges Defendant interfered with Plaintiff's rights under the Family and Medical Leave Act and/or retaliated against Plaintiff for protected leave-related activity.

## XI. DAMAGES

50. As a direct and proximate result of Defendant's unlawful conduct, Plaintiff suffered damages including:

    a. lost wages;
    b. lost employment benefits;
    c. compensatory damages;
    d. emotional distress damages where permitted by law;
    e. statutory damages where permitted;
    f. pre-judgment interest;
    g. post-judgment interest;
    h. court costs;
    i. all other relief allowed by law.
    j. reasonable and necessary attorney's fees where recoverable by statute.

## XII. JURY DEMAND

51. Plaintiff demands trial by jury and will tender the required jury fee.

## XIII. PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that Defendant be cited to appear and answer, and that upon final trial, Plaintiff recovers judgment against Defendant for:

a. actual damages;

b. compensatory damages;

c. lost wages and benefits;

d. pre-judgment and post-judgment interest;

e. court costs;

f. such other and further relief, at law or in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

*Pro Se* **Plaintiff/Petitioner**
2828 Saltwood Court
Celina, TX 75009

/s/ *Martell Gamble*
Martell Gamble
Cell Phone: (937) 694-4070
Email: martellgamble@gmail.com

# EXHIBIT A

# Charge of Discrimination Equal Employment Opportunity Commission / Texas Workforce Commission Civil Rights Division (Redacted)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s): |
|---|---|---|

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)*<br>**Mr. Martell Gamble** | Home Phone *(Incl. Area Code)*<br>**(937) 694-4070** | Date of Birth<br>**08/25/87** |
|---|---|---|

| Street Address<br>**2828 Saltwood Court** | City, State and ZIP Code<br>**Celina, TX 75009** | |
|---|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br><br>**Toyota Motor North America, Inc.** | No. Employees, Members<br>**1,000+** | Phone No. *(Include Area Code)*<br>**Jennifer N. Jones (Attorney): (469) 292-2371** |
|---|---|---|

| Street Address<br>**6565 Headquarters Dr., W1-3C** | City, State and ZIP Code<br>**Plano, TX 75024** | |
|---|---|---|

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|

| Street Address | City, State and ZIP Code | |
|---|---|---|

| DISCRIMINATION BASED ON *(Check appropriate box(es).)*<br><br>[X] RACE  [X] COLOR  [ ] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN<br>[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION<br>[ ] OTHER *(Specify)* | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest          Latest<br>**April 2023**<br><br>[X] CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

### SUMMARY OF CLAIMS

1. Mr. Gamble has claims against Toyota Motor North America, Inc. (the "Company") and related parties for violations of Title VII of the Civil Rights Act of 1964 ("Title VII"), the Family and Medical Leave Act ("FMLA"), and the Texas Labor Code.

2. Mr. Gamble was an employee of the Company at all relevant times.

3. Mr. Gamble was the subject of race discrimination.

4. Mr. Gamble complained of race discrimination.

5. Mr. Gamble was retaliated against for opposing race discrimination.

6. The Company has violated Title VII and the Texas Labor Code.

### FACTS

7. Mr. Gamble began his employment with the Company in September 2011, and he has served the Company diligently both in California and most recently in Texas.

8. In his current position, Mr. Gamble works as a Consultant and Manager.

9. At all times during his employment with the Company, Mr. Gamble has given his very best efforts to the position and received consistent raises.

10. As such, Mr. Gamble fully expected to continue his career with the Company for the foreseeable future until the events discussed herein.

11. Mr. Gamble's career with the Company is marked with success and growth.

12. This continued consistently right up until a peer, Libbi Cook, received a promotion—that Mr. Gamble also applied for—and became his manager in early 2023.

13. In May, Mr. Gamble's wife had a medical procedure for which he understandably requested approved time off from Ms. Cook.

14. This request was sufficient notice to convey Mr. Gamble's FMLA rights were at play, yet Ms. Cook failed to even mention FMLA or direct Mr. Gamble to HR.

15. Instead, Ms. Cook callously instructed Mr. Gamble to ensure he first attended a business meeting before going to the hospital with his wife.

16. Around this time, Mr. Gamble began to understand he was being targeted and treated differently.

17. It is also worth noting Mr. Gamble is the sole African American male employee that reports to Ms. Cook.

18. Due to being treated differently, Mr. Gamble complained to HR and voiced explicit concern of retaliation.

19. Unfortunately, that fear was quickly brought to life.

20. After Mr. Gamble went to HR, Ms. Cook apparently caught wind as she openly told Mr. Gamble something to the effect of "**feeling disappointed Mr. Gamble went to HR.**"

21. It seems Mr. Gamble's complaint to HR only expedited Ms. Cook's targeted treatment as she began to deny Mr. Gamble's PTO requests and began voicing new concerns that he was somehow not meeting performance expectations.

22. Again, Mr. Gamble has met or exceeded expectations throughout his entire career with the Company, and Ms. Cook has yet to identify any meaningful or objective metric to suggest he is not performing.

   A. Mr. Gamble's strong performance is further evidenced by a recent reference he received from a senior leader within the Company. *See* **Exhibit A.**

23. As Mr. Gamble continued to feel he was being treated differently, he tried again to complain of discrimination and retaliation.

24. This most recent complaint in early 2024 was around the time Ms. Cook made clear she is trying to push Mr. Gamble out as she placed him on a PIP—again without identifying specific objective reasons how he was not meeting performance expectations.

25. At this point, it seems the Company has no intention of treating Mr. Gamble in accordance with the protections under state and federal law and instead seeks to force him out of his role.

26. As such, the Company has violated Title VII and the Texas Labor Code.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

3-01-2024  *Morton Edward Gamble*

Date        Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

*Paul W. Hardin*  3-01-2024

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

*Morton Edward Gamble*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) 3-01-2024



PAUL W. HARDIN
Notary Public, State of Texas
Comm. Expires 06-30-2027
Notary ID 134434218

# EXHIBIT B

# Equal Employment Opportunity Commission Notice of Right to Sue (Redacted)



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Dallas District Office**
207 S. Houston Street, 3rd Floor
Dallas, TX 75202
(800) 669-4000
Website:  www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 02/23/2026

To: Martell  Gamble

Charge No: 450-2024-05177

EEOC Representative and email:    KATERINE MEJIA MERCEDES
INVESTIGATOR
KATERINE.MEJIA-MERCEDES@EEOC.GOV

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 450-2024-05177.

On behalf of the Commission,

TERANCE
HOBBS

Digitally signed by TERANCE
HOBBS
Date: 2026.02.23 09:49:14
-06'00'

For: Travis Nicholson
District Director

**Cc:**
Chelsea Miller
Toyota Motor North America, Inc.
6565 Headquarters Dr
Plano, TX 75024

Jennifer Jones
Toyota Motor North America, Inc.
6565 HEADQUARTERS DR
Plano, TX 75024

Please retain this Notice for your records.

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 114791168
Filing Code Description: Plaintiff's Original Petition (OCA)
Filing Description: Plaintiff's Original Petition
Status as of 5/12/2026 3:31 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Martell Gamble | | martellgamble@gmail.com | 5/12/2026 2:02:34 PM | SENT |

# EXHIBIT D

## LIST OF ATTORNEYS

Pursuant to Local Rule CV-81(c)(3), the following is a complete list of attorneys involved in the action being removed, including each attorney's bar number, address, telephone number, and party or parties represented by that attorney:

**Attorney for pro se Plaintiff, Martell Gamble**

None

**Attorneys for Defendant Toyota Motor North America, Inc.**

Seyfarth Shaw LLP

Alan J. Marcuis
amarcuis@seyfarth.com
State Bar No. 24007601
Lukas Moffett
State Bar No. 24116777
lmoffett@seyfarth.com
2323 Ross Avenue, Suite #1660
Dallas, Texas 75201
Telephone: (469) 608-6700

# **EXHIBIT E**

## RECORD OF JURY REQUESTS

Pursuant to Local Rule CV-81(c)(4), Toyota Motor North America, Inc. ("Toyota') states that, to date, a jury trial has been requested in Plaintiff's Original Petition filed in the pending action titled *Martell Gamble v. Toyota Motor North America, Inc.*, Cause No. 471-03274-2026 in the 471st Judicial District Court of Collin County, Texas. Plaintiff filed a separate Jury Demand and Request for Jury Trial on May 15, 2026. *See* Exhibit "E", at 2. Toyota reserves the right to file a separate jury demand pursuant to Local Rule CV-38(a).

Filed: 6/15/2026 4:01 PM
Michael Gould
District Clerk
Collin County, Texas
By Daniela Lopez Deputy
Envelope ID: 114976546

MARTELL GAMBLE
2828 Saltwood Court
Celina, TX 75009

CAUSE NO. 471-03274-2026

MARTELL GAMBLE
Plaintiff
v.
TOYOTA MOTOR NORTH AMERICA, INC.
Defendant

IN THE 471ST DISTRICT COURT
COLLIN COUNTY, TEXAS

**PLAINTIFF'S JURY DEMAND AND REQUEST FOR JURY TRIAL**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Martell Gamble, files this Jury Demand pursuant to Rule 216 of the Texas Rules of Civil Procedure and respectfully requests that this matter be placed on the jury trial docket.

Plaintiff tenders the required jury fee contemporaneously with this filing.

Respectfully submitted,

Martell Gamble
Plaintiff Pro Se
2828 Saltwood Court
Celina, TX 75009

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this Plaintiff's Jury Demand and Request for Jury Trial was served on Defendant, Toyota Motor North America, Inc., by depositing the same in the United States Mail, First Class Mail, postage prepaid, addressed to its registered agent at:

CT Corporation System
1999 Bryan Street, Suite 900
Dallas, TX 75201

on this _15th_ day of May, 2026.

/s/ _Martell Gamble_
Martell Gamble
Plaintiff Pro Se

Copy from re:SearchTX

# EXHIBIT F

## **COURT FROM WHICH CASE IS REMOVED**

Pursuant to Local Rule CV-81(c)(5), the following is the name and address of the court from which the case—*Martell Gamble v. Toyota Motor North America, Inc.*, Cause No. 471-03274-2026 in the 471st Judicial District Court of Collin County, Texas—was removed:

471st Judicial District Court
of Collin County, Texas
2100 Bloomdale Rd.
McKinney, Texas 75071